UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-03579 DMG (MANx) | Date | December 11, 2012 |
| Title | *Yousefian v. City of Glendale, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On November 19, 2012, this Court issued an Order granting Summary Judgment in favor of Defendants Michael Lizarraga, the City of Glendale, and Petros Kmbikyan [Doc. # 93]. The Court instructed the remaining parties, Plaintiff Robert Yousefian and Defendant Nora Yousefian, to file a joint status report regarding whether they wish the Court to continue to exercise supplemental jurisdiction over the remaining state law claim [Doc. # 94]. The parties filed a joint status report on December 4, 2012, requesting that the Court decline to exercise supplemental jurisdiction and remand the matter to Los Angeles County Superior Court [Doc. # 95].

A district court "may decline to exercise supplemental jurisdiction" if it "has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3); *see also Sanford v. MemberWorks, Inc.*, 625 F.3d 550, 561 (9th Cir. 2010). In most cases in which all federal claims have been dismissed, the balance of factors—judicial economy, convenience, fairness, and comity—generally weighs against the exercise jurisdiction over the remaining state law claims. *Sanford*, 625 F.3d at 561. Here, the parties have jointly requested remand so that they may resolve their outstanding claim in state court. Accordingly, the Court declines to exercise supplemental jurisdiction over the remaining claim. The action is hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**