08-192-2

MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, GENERAL COUNSEL–LITIGATION (SBN 179649)
613 East Broadway, Suite 220
Glendale, California 91206
Telephone: (818) 548-2080
FAX: (818) 547-3402
E-mail: amaurer@ci.glendale.ca.us

Attorneys for Defendants
CITY OF GLENDALE and
OFFICER PETROS KMBIKYAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT YOUSEFIAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GLENDALE; MICHAEL LIZARRAGA; PETROS KMBIKYAN; NORA YOUSEFIAN and DOES 1-45, inclusive<br><br>　　　　　Defendants. | Case No.:  CV11-3579 DMG (MANx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order re Defendants' Motions for Summary Judgment, filed on November 19, 2012,

　　　IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Glendale, Michael Lizarraga, and Petros Kmbikyan and against Plaintiff Robert Yousefian.

Dated:   December 20, 2012

　　　　　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1